## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2908 Disciplinary Docket No. 3 |
| | : | |
| | : | No. 111 DB 2022 |
| CHARLES W. JOHNSTON | : | |
| | : | (United States District Court for the |
| | : | Middle District of Pennsylvania, Case |
| | : | No. 1:18-cr-127) |
| | : | |
| | : | Attorney Registration No. 15621 |
| | : | |
| | : | (Cumberland County) |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 5th day of October, 2022, having received no response to a Rule to Show Cause why Charles W. Johnston should not be placed on temporary suspension, the Rule is made absolute, and Charles W. Johnston is placed on temporary suspension. *See* Pa.R.D.E. 214(d)(2). He shall comply with all the provisions of Pa.R.D.E. 217.

    Respondent's right to petition for dissolution or amendment of this Order and to request accelerated disposition of any charges underlying this Order pursuant to Pa.R.D.E. 214(d)(4) and (f)(2) are specifically preserved.